UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.:   3:24-cr-00087-TJC-JBT

JOSUE GARRIGA, III

_____/

**SENTENCING MEMORANDUM AND**
**INCORPORATED MEMORANDUM OF LAW**

COMES NOW the Defendant, JOSUE GARRIGA, III, by and through his undersigned counsel, and hereby files this Sentencing Memorandum and Incorporated Memorandum of Law, and respectfully requests the Court depart downward from any adjusted offense level, and/or exercise its discretion to impose a sentence below that recommended by the advisory range, for, *inter alia*, the following reasons, and in support thereof, states as follows:

A.    Family Background

1.    Birth and Immediate Family

Josue Garriga, III, was born on July 23, 1989, in Jacksonville, Florida, to Josue Garriga, Jr., and Margo Valencia.

His mother, Margo, is 56 years old, and resides in Jacksonville, Florida.  She is currently employed for Amazon and has almost daily contact with her son, as he

Case 3:24-cr-00087-MMH-SJH   Document 71   Filed 11/18/24   Page 2 of 50 PageID 318

has been residing with his maternal grandmother (Margo's mother) during the pendency of this case, and his mother visits often.

Mr. Garriga's father, Josue Garriga, Jr., is 59 years old and also resides in Jacksonville, Florida. Mr. Garriga, Jr., is retired from the mortgage industry and maintains a good relationship with his son, with whom he maintains weekly contact (at a minimum).

Mr. Garriga's parents divorced when he was approximately 3 years old, and although he spent approximately 60% of his time with his mother while growing up, both parents maintained a positive coparenting relationship which helped to provide a stable upbringing.

Mr. Garriga also has two maternal siblings, Henry and Daniel Valencia. Henry Valencia is currently 23 years old and works for Amazon in Jacksonville, Florida. Daniel Valencia is 19 years old and works as a manager at a local inflatable entertainment business. Both siblings reside in Jacksonville, Florida, and maintain weekly contact with Mr. Garriga.

Mr. Garriga married his wife, Tannah Alyce McCullough, on October 25, 2021, and while the marriage has not produced any children, Tannah and Mr. Garriga have worked together to raise their respective children. More specifically, Tannah's daughter, Matti Faueree, is currently 10 years old and lives with

undisclosed special needs such that she is entirely dependent on others for all her needs. Prior to his arrest in this case, Mr. Garriga paid for most of Matti's expenses such that his absence has created a hardship for both Tannah and Matti. Mr. Garriga's son, Gabriel, is currently 9 years old and is the product of Mr. Garriga's relationship with Kelly Davis, with whom he was coparenting Gabriel before his arrest in this case. Since his arrest, Mr. Garriga's wife, Tannah, and Ms. Davis have worked together to get Gabriel counseling, which has improved his emotional stability following the trauma he experienced as a result of his father's arrest. In fact, Tannah and Ms. Davis have amicably maintained the custody agreement Mr. Garriga had with Ms. Davis prior to his arrest, where Tannah spends time with Gabrial in the Garriga family home twice per month.

Since his release on bond, Mr. Garriga has been residing at 9949 Moss Side Lane, Jacksonville, Florida, along with his grandmother, Betty White, who also serves as Mr. Garriga's third-party custodian. Pretrial Services has reported that there have been no issues or violations of Mr. Garriga's conditions of pretrial release.

It should be noted that the State Prosecution, Case No. 2024-CF-000360, is still pending.   Mr. Garriga's original conditions of release have not been amended. Thus, he has been required to wear both a State and Federal GPS device, one on each

leg, during the pendency of both cases. Although the Federal release conditions allow supervised visitation with his son, the State release conditions forbid it.

### 2.    Education

Mr. Garriga graduated from Mandarin High School, located in Jacksonville, Florida, in 2007, before going on to complete the police academy at Florida State College of Jacksonville in 2012.

### 3.    Employment

Following his graduation from the police academy in 2012, Mr. Garriga became employed as a deputy sheriff for the Putnam County Sheriff's Office, where he served in the narcotics unit and was a member of the Agency's special weapons and tactics (SWAT) unit. Mr. Garriga also became a Federal Department of Law Enforcement certified animal handler during this time. In 2015, Mr. Garriga was involved in a fatal, but justifiable, on-the-job shooting of a man, and ultimately resigned from the Putnam County Sheriff's Office in 2018 after accepting a position with the Jacksonville Sheriff's Office.

Between 2018 through March 2024, Mr. Garriga worked as a deputy sheriff for the Jacksonville Sheriff's Office, where he was assigned to and worked with the gang unit before his arrest in this case. In December 2019, Mr. Garriga was involved in another fatal, but justifiable, on-the-job shooting of a man which resulted in JSO

4

settling a federal lawsuit filed by the victim's family.

During his time in law enforcement, Mr. Garriga received a Letter of Commendation and several certificates in recognition of his ongoing training and other responsibilities, to include:

a. Letter and Certificate of Commendation in appreciation for exceptional performance of duties in furtherance of the Mission of the Sheriff's Office (July 29, 2021);

b. Instructor Certification – issued by The Commission on Criminal Justice Standards and Training (Expired March 31, 2020);

c. Certificate of Completion – Automated Facial Recognition and Face Comparison Training (March 22, 2017);

d. Certificate of Completion – North Florida HIDTA Basic Gang Investigations Course (March 16, 2017);

e. Certificate of Completion – North Florida HIDTA Plain Clothes Confrontations for Law Enforcement (February 27, 2017);

f. Certificate of Training – Plain Clothed Confrontations for Law Enforcement, Concealed Carry – Tactics and Techniques (February 27, 2017);

g. Certificate of Completion – St. Petersburg College, Introduction to Conspiracy Investigations (February 1, 2017);

h. Certificate of Completion – St. Johns River State College Firearms Instructor Course (January 17 - 20, 2017);

i. Certificate of Completion – North Florida HIDTA Advanced Undercover Schol (December 7 - 9, 2016);

j. Certificate of Completion – U.S. Drug Enforcement/Office of Agricultural Law Enforcement, 2016 Indoor Cannabis Investigations School (August 2 - 4, 2016);

k. Certificate of Completion – St. Johns River State College, CMS Vehicle Operations Instructor Course (February 15 - 18, 2016);

l. Certificate of Completion – St. Johns River State College. Florida General Instructor Techniques (January 5 - 15, 2015);

m. Certificate of Completion – North Florida HIDTA Conspiracy Investigations (August 3, 2015);

n. Certificate of Completion – Advanced S.W.A.T. Tactics Course

(August 22 – 24, 2016);

o. Certificate of Completion – St. Johns River State College. Defensive Tactics, Firearms, Vehicle Operations and First Aid Instructor Updates (July 26, 2016);

p. Certificate of Completion – Drug Enforcement Administration United States Department of Justice, A.C.S. #58 (April 30, 2015);

q. Certificate of Completion – Basic Clandestine Laboratory/Basic Site Safety Certification Course (January 6, 2015);

r. Certificate of Completion – UNF Institute of Police Technology and Management, Undercover Drug Enforcement Techniques (October 6 – 10, 2014);

s. Certificate of Completion – FDLE Distance Learning Program, Standard for Photographic or Live Lineups in Eyewitness Identification (August 22, 2014);

t. Certificate of Completion – FDLE Distance Learning Program, Fundamentals of Search and Seizure (August 22, 2014);

u. Certificate of Completion – FDLE Distance Learning Program, Use and Control of Informants: A Patrol Officers Primer (August 15, 2014);

A copy of each certificate has been attached hereto as **Composite Exhibit A**.

Mr. Garriga ultimately resigned from his position with JSO following his arrest in this case.

4. Character Letters

Attached as **Composite Exhibit B** are character letters from Mr. Garriga's family and friends.

Daniel Valencia, Mr. Garriga's younger brother who is 16 years younger than him, has so many great memories of them growing up together and he looked up to Mr. Garriga, who would babysit him, pick him up after school, and showed him so

much love growing up.

In reference to this character trait, Daniel states:

> He has never been in trouble and he modeled great respect to my mom and everyone in general so his example really positively impacted me to strive to be great like him. I know that my brother is a good person and yes I am very aware of the charges but I personally know that my brother will be a great contributor to our society and his heart has always been good.

Paul Watkins is Josue's grandfather. He is currently bedridden from a stroke, only having movement on the left side of his body. Since his stroke, Mr. Garriga helps out with his grooming and making sure he is comfortable in his bed.

In reference to this character trait, he states:

> He is looking to Jesus which is the greatest thing a man can do when he's looking for greater for himself. I pray that you find that my grandson can be trusted to be given a second chance and I know that he will use the opportunity for a second chance to be an exemplary man.

RoseMerry Watkins is Mr. Garriga's step-grandmother. She had her step-daughter, Margo, help her with this letter as she is an elderly woman who does not have the ability to type.

In reference to Mr. Garriga's character, she states:

> Josue is a mild mannered and calm person and I always saw a maturity in him even when he was a young child. He always makes me feel loved and whenever his grandfather and I have called on him to help us out, he is always there. He is so focused

on being there for his son. Everyone knows that his son is
important to him.

I pray with all diligence that you will find that he is a good
person and that during this situation, he has shown that he can
be trusted to be a great man. I am continuing to pray for
everyone involved, I am praying for mercy and I am praying for
a favorable outcome.

Jeffrey Kinney is Mr. Garriga's uncle. He is a retired Navy veteran of 23

years. His wife, Paula Kinney, passed away in 2016 and is the sister of Mr. Garriga's

mother. Mr. Garriga was very close to his Aunt Paula.

In reference to this character trait, he states:

I have known Josue since he was 4 years old. He is the same
age range as my 3 sons. Josue has always been a blessing to
me, always respectful and has always remained close to our
family.

Josue grew up in a Christian household. He has always looked
to Jesus; his Lord and Savior. He loved being a part of the
youth ministry at church with my boys

Over the past decade, Josue has served in many different
positions as a police officer successfully. He often laid his life
on the line in the name of justice, as many officers do. I am
sure his performance evaluations reflect his dedication.

Josue is currently married to a wonderful woman, and two
wonderful children. He is a great father. Like his father, he
actively mentors his children.

Shahonya Watkins is Mr. Garriga's aunt, who was present at the hospital

when Mr. Garriga's son Gabriel was born, vividly remembers Mr. Garriga's joy and

gratitude for the support of their family during that special moment.

In reference to this character trait, she states:

> Josue has proven himself trustworthy, adhering to the conditions set by the courts and demonstrating good behavior. It is my heartfelt hope that you will grant Josue a second chance to further prove that he is a good man and a valuable contributor to both his family and society.

Angel Kinney is Mr. Garriga's first cousin and has known him her entire life.

Regarding the charges, she states:

> While Josue may have made a mistakes leading to this current situation, I believe it does not define who he truly is. I am confident that, if given an opportunity, Josue will continue to work towards bettering himself and continuing to contribute positively to society.

> I respectfully ask the court to consider the full scope of Josue's character, the support system he has in family and friends, his past contributions protecting serving and upholding the law, and potential to make meaningful contributions in the future.

Elliott Kinney is Mr. Garriga's youngest cousin. Because they are only 5 years apart in age, Mr. Garriga was like Elliott's other brother while growing up. In reference to this character trait, he states:

> As time went by he kept the faith & leaned on his foundation which is Lord. We all grew up going to church every single week multiple times. We started to seek God for yourself at an early age, still till this day nothing has changed. If anything it has drew us closer to the Lord. The passion Josue has of

learning God's word is unbelievable. Watching him pursue the
Lord makes not only me but my whole family draw closer to
God.

B.      Sentencing Guidelines – Analysis

The Parties are in agreement that the Base Offense Level 32 applies in this
case.

However, respectfully, there are a number of objections and/or requests as to
the other Guideline calculations, as will be discussed in Parts C, D, and E, *infra*.

C.      PSI Objections

This Part C will address the PSI, by referencing the paragraphs of the PSI.
However, for the convenience of the Court (and to not require the Court to read the
identical objections twice), Counsel will adopt the objections and comments set forth
in his October 31, 2024, letter to Ms. Irish Anderson, a copy of which is attached to the
PSI.

Having adopted the objections in our October 31, 2024, letter to Ms. Anderson,
as noted, we will not repeat them here.   However, for Guideline purposes, we do note
the   following   objection   (just   by   title),   which   is   to   the   Victim   Related
Adjustment (¶ 28).

D.      Departure and Variance Grounds

The  Defendant  Garriga  contends  that  certain  additional  and  compelling

10

sentencing factors warrant a variance pursuant to 18 U.S.C. § 3553(a)(1)-(7). More particularly, and as previously demonstrated herein, the defendant has served his community as a law enforcement officer with honor and distinction. He has been assigned to high-risk gang related law enforcement endeavors and his life has been placed in danger while protecting the public.

Some of those encounters have been publicized and described in social media. Although the JSO and the State Attorney's Office have deemed Defendant Garriga's conduct to be appropriate, certain criticisms have been lodged against him by the media and other members of the public. He is, therefore, particularly vulnerable to retaliation if placed in the penal system. It is well-established that gang members act in retaliation and will not hesitate to do so against Defendant Garriga. It is impossible to identify the specific members of the gangs and/or their incarcerated affiliates. Therefore, keep-separate orders or similar safety measures will be futile.

On October 31, 2024, local and national news media reported that a Federal lawsuit had been filed by Le'Keian Woods against four JSO officers, including Defendant Garriga, asserting that he was brutally beaten while being arrested in violation of his constitutional rights. At the time of the arrest, extensive news coverage was published and broadcast including a photograph of Mr. Woods, which is attached hereto as Exhibit C.

It is a tragic fact that ex-law enforcement officers face unique and acute peril when incarcerated, even in the Federal penal system. It has been widely reported that former Minnesota police officer, Derek Chauvin, was stabbed approximately 22 times.   In the instant case, Defendant Garriga is in similar jeopardy as Derek Chauvin. Mr. Chauvin's case was even more highly publicized, and the Bureau of Prisons was unable to keep him safe. It is respectfully submitted that a minimal sentence of incarceration is warranted because the longer he remains in custody, the more likely he will encounter violence. No inmate should have to fear and/or experience threats to their own personal safety.

WHEREFORE, it is respectfully requested that this Court depart downward from any adjusted offense level, and/or exercise its discretion to impose a sentence below that recommended by the advisory range.

Respectfully Submitted,

**LAW OFFICES OF
M. ALAN CEBALLOS**

/s/ M. Alan Ceballos

_____

M. Alan Ceballos, Esquire
Florida Bar No.:   353248
200 E. Forsyth Street
Jacksonville, FL   32202
(904) 854-4400
mac@alanceballoslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to Kelly Milliron, Esq., Laura Taylor, Esq. and Jennifer Harrington, Esq. of Office of the United States Attorney, 300 N. Hogan St., Ste. 700, Jacksonville, FL  32202, this 18th day of November, 2024.

                                 /s/ M. Alan Ceballos\_\_\_\_\_
                                 ATTORNEY

13

# EXHIBIT A



## Jacksonville Sheriff's Office

MIKE WILLIAMS, SHERIFF        Serve • Protect • Community

# LETTER OF COMMENDATION

On February 2nd, 2021, Detectives with the Gang Investigations Unit were assigned to work the Violent Crimes Deployment. At approximately 2220 hours, Detective M.J. Bolan #7873, Detective B.P. Daigle #76507, Det. J. Garriga #70140, Detective C.M. Griffin #68445 and Detective S.W. Ripley #72261 were on a traffic stop inside the Calloway Cove Apartment Complex (4229 Moncrief Road West) when they heard a volley of 15-20 gunshots, coming from the west of their location, inside the apartment complex. Det. Bolan, Det. Daigle and Det. Ripley returned to their covert vehicles and began to drive towards the location where they heard the gunshots, while Det. Garriga and Det. Griffin walked on foot to this location.

As Det. Bolan drove to the front of the apartment complex, he observed a small green compact vehicle backed into a parking spot and observed subjects hurriedly entering the vehicle. Det. Bolan observed the vehicle quickly exit the parking spot and travel towards the entrance of the apartment complex at a high rate of speed. Det. Bolan, Det. Daigle and Det. Ripley observed the suspect vehicle pass their JSO covert vehicles and run the red light, exiting the Calloway Cove Apartments, turning eastbound on Moncrief Road West. It was at this time, Det. Bolan, Det. Daigle and Det. Ripley relayed their observations and the actions of the suspect vehicle by way of radio and attempted to stop the vehicle by utilizing their emergency red and blue lights, and siren. The driver of the suspect vehicle refused to stop for these detectives and continued to flee at a high rate of speed.

During the pursuit, Det. Bolan attempted two Precision Immobilization Technique (P.I.T) maneuvers on the suspect vehicle, but each time the driver was able to defeat the PIT. The detectives continued to pursue the suspect vehicle due to the blatant disregard for the safety of others and the concern that the suspects were involved in a shooting. The suspect vehicle eventually crashed into a tree at 5836 Ellakel Road, which disabled the vehicle.

The occupants of the vehicle exited and began to flee on foot from the officers attempts to apprehend them. Four of the five suspects were immediately apprehended and detained in patrol vehicles. A perimeter was set and unfortunately K-9 was unsuccessful in locating the last suspect. A check by detectives revealed multiple firearms inside the suspect vehicle.

Upon Sergeant D.P. Howell #5488 arrival, officers and detectives were directed to return to Calloway Cove Apartments to find any evidence of a possible shooting. While at Calloway Cove Apartments Det. Garriga was approached by the family of one of the victims who was frantically trying to locate her loved one. The family of the victim provided Det. Garriga with the apartment number of her location. Det. Garriga along with Det. Daigle, Det. Ripley, Det. Griffin and

Detective L.K. Johnson formed a contact team and approached the apartment. As they approached the rear door of the apartment, they observed the first of three deceased victims at the door. The detectives were able to secure the residence, along with witnesses and communicate their findings to Sgt. Howell.

The proper steps were taken by on-scene supervisors and detectives to secure both scenes and preserve the integrity of the evidence. All four suspects were transported to the Homicide Unit where they were eventually arrested for their role in the incident.

These detectives should be commended for their selfless acts, their passion and dedication, not only for the Jacksonville Sheriff's Office, but for the citizens of the City of Jacksonville. These detectives exemplified the Sheriff's Office Core Values of Worthy of Trust, Respect for Each Other, Community Focused and Always Improving.

# Certificate of Commendation

**Be it Known That
This Certificate Has Been Presented To**

*Josue Garriga*

*By
the Sheriff of Duval County, Florida*

In appreciation for exceptional performance of duties
in furtherance of the Mission of the Sheriff's Office.

*Mike Williams, Sheriff*

July 29, 2021

RICK SCOTT
GOVERNOR

RICHARD L. SWEARINGEN,
COMMISSIONER
FLORIDA DEPARTMENT OF
LAW ENFORCEMENT

STATE OF FLORIDA

# THE COMMISSION ON CRIMINAL JUSTICE STANDARDS AND TRAINING

Hereby awards to

## *Josue Garriga*

### INSTRUCTOR CERTIFICATION

**School 42**

**CERTIFICATION EXPIRATION DATE: March 31, 2020**

For having fulfilled the requirements for training
as prescribed in Chapter 943
of Florida Statutes

GREG S. HUTCHING, CHAIRMAN
CRIMINAL JUSTICE STANDARDS
AND TRAINING COMMISSION

DEAN REGISTER, DIRECTOR
CRIMINAL JUSTICE
PROFESSIONALISM

# Pinellas County Sheriff's Office

## Certificate of Completion

is hereby granted to

# Josue Garriga

to certify that he/she has completed to satisfaction 4 hours of

## Automated Facial Recognition and Face Comparison Training

March 22, 2017

Instructor:  Jake Ruberto



FACES
Face Analysis Comparison & Examination System

# North Florida HIDTA

**Awards this Certificate To:**

*Josue Garriga*

**In Recognition for Completion of**

*Basic Gang Investigations Course*

**March 16, 2017**

**8 Hours**

*Robert Peryam*

**HIDTA Director**
**North Florida HIDTA**

*Jared Padilla*

**HIDTA Training Coordinator**
**North Florida HIDTA**



# North Florida HIDTA

## Awards this Certificate To:

*Josue Garriga*

### In Recognition for Completion of

*Plain Clothes Confrontations for Law Enforcement*

**February 27, 2017**

**8 Hours**

*Jared Padilla*

**HIDTA Training Coordinator**
**North Florida HIDTA**

*Robert Penyam*

**HIDTA Director**
**North Florida HIDTA**



# Certificate of Training

Presented to

## Josue Garriga

for successfully completing an 8-Hour course of instruction in

### Plain Clothed Confrontations for Law Enforcement

*Concealed Carry – Tactics and Techniques*

in

Jacksonville, Florida
Issued on this 27th day of February, 2017



**RUBICON SOLUTIONS**
*When Turning Back is Not an Option!*

*James C. Hux*
Instructor

*Gary S. Cobb*
Instructor



St. Petersburg College

Center for Public Safety Innovation

This certifies that

josue garriga

has successfully completed

MCD 0154 - Introduction to Conspiracy Investigations

Sixteen online training hours

Training Completed this 1st day of February 2017

SPC St. Petersburg College
CENTER FOR PUBLIC SAFETY INNOVATION

Executive Director,
Center for Public Safety Innovation

President, St. Petersburg College



# St. Johns River State College

*This Certifies That*

**Josue Garriga**

*Has Attended 44 Hours of Instruction in*

*Firearms Instructor Course*

*and has been awarded this Certificate of Completion*

**January 17 – January 20, 2017**

Angela Rockwell MSCJ, CPM
Dean of Criminal Justice & Public Safety



# CERTIFICATE OF COMPLETION

## JOSUE GARRIGA

Has successfully completed 21.0 hours at the

## 2016 Indoor Cannabis Investigations School

August 2-4, 2016

This certificate is awarded by

## United States Drug Enforcement

and

## Office of Agricultural Law Enforcement







# St. Johns River State College

*This Certifies That*

**Josue Garriga**

*Has Attended 40 Hours of Instruction in*

## CMS Vehicle Operations Instructor Course

*and has been awarded this Certificate of Completion*

## February 15 – February 18, 2016



Angela Stockwell MSCJ, CPM
Dean of Criminal Justice & Public Safety



# St. Johns River State College

This Certifies That

## Josue Garriga

Has Attended 64 Hours of Instruction in

## Florida General Instructor Techniques

and has been awarded this Certificate of Completion

## January 5-15, 2015

_____
Director of Academy Programs

_____
Dean of Criminal Justice & Public Safety

# North Florida HIDTA

**Awards this Certificate To:**

*Josue Garriga*

**In Recognition for Completion of**

*Conspiracy Investigations*

**August 3, 2015**

**8 Hours**

*Robert Peyam*
**HIDTA Director**
**North Florida HIDTA**

*Jared Padilla*
**HIDTA Training Coordinator**
**North Florida HIDTA**



GROUND OPERATIONS

DEVELOPMENT

PROVERBS 27:17

" AS IRON SHARPENS IRON, SO ONE MAN
SHARPENS ANOTHER"

THIS CERTIFIES THAT

JOSUE GARRIGA

HAS SUCCESSFULLY COMPLETED THE

ADVANCED S.W.A.T. TACTICS COURSE

AUGUST 22ND - 24TH, 2016

Instructor

Instructor

Instructor

# St. Johns River State College

*This Certifies That*

**Josue Garriga**

*Has Attended 3 Hours of Instruction in*

**Defensive Tactics, Firearms, Vehicle Operations and First Aid Instructor Updates**

*and has been awarded this Certificate of Attendance*

**July 26, 2016**

Angela Sockwell MSCJ, CFM Director of Criminal Justice





# This is to Certify that

## *Josue Garriga*

## has completed the

## *A.C.S.  #58*

## conducted by the
## Drug Enforcement Administration
## United States Department of Justice

April 30, 2015
_____
Date

_____
Administrator, Drug Enforcement Administration



Certificate of Completion

Josue Garriga

has completed the Basic Clandestine Laboratory/Basic Site Safety Certification Course (40 Hrs) Presented by I.N.I.T.

On this 6th day of February, 2015

Instructor: Gary Schell

# Institute of Police
## Technology and Management

UNIVERSITY OF NORTH FLORIDA

This is to certify that



# *Josue Garriga*

has successfully completed the 40 hour training course

## *Undercover Drug Enforcement Techniques*

Conducted in Jacksonville, Florida

October 6, 2014 to October 10, 2014



UNF
UNIVERSITY of
NORTH FLORIDA.

IPTM DIRECTOR

COURSE DIRECTOR

# Florida Department of Law Enforcement
## Distance Learning Program

### Certificate of Completion

is hereby granted to:

# Josue Garriga

having satisfactorily completed

## Standard for Photographic or Live Lineups in Eyewitness Identification - 1 Hour

Completed: August 22, 2014



Dean Register, Director
Criminal Justice Professionalism Division

#44354

# Florida Department of Law Enforcement
## Distance Learning Program

### Certificate of Completion

is hereby granted to:

# Josue Garriga

having satisfactorily completed

## Fundamentals of Search & Seizure - 2 Hours

Completed: August 22, 2014



Dean Register, Director
Criminal Justice Professionalism Division

#44355



## Quiz Results Page for Fundamentals of Search & Seizure – 2 Hours

- Score of 80% is required for completion. To retake the exam use your browser's back button
- Credit toward mandatory retraining hours – 2 hours
- Print this slide, sign, date, provide date of birth, provide copy to your agency's training designee.
- For printing, please click "File" then "Print" or click the printer icon on your toolbar or hold down the Control (Ctrl) Button and "P"
- Please be aware that by signing and dating the Quiz Results Page upon completion of this training course, you are the person who completed the foregoing training and only you will receive credit for that training.
- FDLE Does Not enter the credit for each training course into the Automated Training Management System (ATMS). This procedure is the responsibility of each agency designee.
- Direct questions to the Bureau of Professional Development at 850-410-7373.

NOTE: If you scored less than 80% retake course and quiz.

### Instructions to Receive Credit and FDLE Certificates of Completion Via Online System

If your agency training designee would like to print the certificates directly, ATMS users can log onto to the Online Training Certificate System located under the Online Officer Training and Mandatory Retraining Courses page.

Each ATMS user will have the capability of logging into the Online Training Certificate System with their ATMS user name and password. Once logged in:
1. Enter the officer's information into the fields listed including date of birth
2. Select the training center or law enforcement agency
3. Select the class from the drop down menu
4. Enter the completion date indicated on the Quiz Results Page
5. Press "Preview" to view an example of the certificate
6. Press "Continue Editing" to make changes or "Submit" to view and print the final certificate

**Passed**

**Your Score** 90

**Max Score** 100

**Number of** 1
**Quiz**
**Attempts**

Review Quiz

Josue Garcia   7/23/89
Print Name and Date of Birth

8/02/14
Signature and Date

#43994

# Florida Criminal Justice Executive Institute
## Distance Learning Program

**FLORIDA CRIMINAL JUSTICE EXECUTIVE INSTITUTE**

### Certificate of Completion

is hereby granted to:

## Josue Garriga

having satisfactorily completed

**Use and Control of Informants: A Patrol Officers Primer - 2 Hours**

Completed: August 15, 2014

Dean Register, Director
Criminal Justice Professionalism Division

## Quiz Results Page for The Use and Control of Informants – 2 Hours

- Score of 80% is required for completion. To retake the exam use your browser's back button.
- Credit toward mandatory retraining hours = 2 hours.
- Print this sheet, sign, date, provide date of birth, provide copy to your agency's training designee.
- For printing, please click "File" then "Print" or click the printer icon on your toolbar or hold down the Control(Ctrl) Button and "P"
- Please be aware that by signing and dating the Quiz Results Page upon completion of this training course, you are certifying that you are the person who completed the foregoing training and only you will receive credit for this training.
- FDLE **Does Not** enter the credit for such training completion to the Automated Training Management System (ATMS). This procedure is the responsibility of each agency designee.
- Direct questions to the Bureau of Professional Development at 850/410-7373.

NOTE: If you scored less than 80% retake course and quiz.

**Instructions to Receive Credit and FDLE Certificates of Completion Via Online System**

If your agency training designee would like to print the certification directly, ATMS users can log onto to the Online Training Certificate System located under the Online Officer Training and Mandatory Retraining Courses page.

Each **ATMS user** will have the capability of logging onto the Online Training Certificate System with their ATMS user name and password. Once logged in to:
1. Enter the officer's information into the fields listed including date of birth
2. Select the training center of law enforcement agency
3. Select the class from the drop down menu
4. Enter the completion date indicated on the Quiz Results Page
5. Press "Preview" to view an example of the certificate
6. Press "Continue Editing" to make changes or "Submit" to view and print the final certificate

| | | |
|---|---|---|
| **Passed** | Your Score | 100 |
| | Max Score | 100 |
| | Number of Quiz Attempts | 1 |

**Review Quiz**

Josue Garriga  7/23/89

Print Name and Date of Birth

Signature and Date   8/15/14

# **EXHIBIT B**

To the Honorable Marcia Morales Howard Federal Judge c/o Alan Ceballos,

I am the younger brother of Josue Garriga. I want to give you some personal insight on my brother and who I know him to be. I am 16 years younger than him and I have so many great memories of growing up and looking up to him. He was the brother that would babysit me, take me to the air show and pick me up from school at times. I knew I would have the coolest shoes for school because he would take me school shopping and buy me not one pair but several pairs of shoes. He understood how important it was to me so he made sure I had the shoes I wanted. I had my mom to take me to the barber shop to get my hair cut like his. I even wanted to become a police officer because of him. Even after I graduated from high school, he continued to give me money whenever I needed it. My brother showed me so much love growing up so when he had his first and only son Gabriel, I went out with my own money and bought him several outfits. I admire how great he is as a Dad and how he is always there to support Gabriel at school, sports and in life. He regularly went to Gabriel's school to have lunch with him. He is a very present Dad and I tell my mom all the time that Gabriel needs his Dad. If you could see the interaction with the two of them, you would see just how Gabriel excels because of all of the things his Dad does to ensure he is raised to be exceptional. He started teaching Gabriel Spanish especially after their vacation to Puerto Rico. My nephew is truly exceptional and if you were to meet him, you would immediately know that he is definitely exceptional. He excels in school just ask his teachers, he excels in sports just ask his coaches and he is always so respectful just ask anyone who has ever been around him and he is always so loving just ask my family. These great qualities has so much to do with the way Josue parents him. My brother worked overtime just to pay for private batting and pitching lessons and Gabe is a superior baseball player because of it. When my Dad left, my mom didn't have a job and he stopped supporting us financially, my brother stepped in and helped us financially to keep us afloat. I was in my Senior year of school and I had so many financial obligations that I had to meet and my big brother, Josue came to the rescue. He has never been in trouble and he modeled great respect to my mom and everyone in general so his example really positively impacted me to strive to be great like him. I know that my brother is a good person and yes I am very aware of the charges but I personally know that my brother will be a great contributor to our society and his heart is always been good. During this ordeal, my brother has lived with my grandmother where I also live and I have had the opportunity to see him on a regular basis and I have seen a man who has used his time to help my grandma with various projects around the house like organizing her garage, closet and other things, I have seen him diligently reading his Bible, praying and seeking Jesus. I see his commitment to making sure that he is in by his curfew and he will not step outside the house not even when my mom comes home with a car full of groceries. He will stand at the door and I will go to the car and bring them to him at the door. I remember the anguish he experienced when my grandma had a seizure but he couldn't leave the house because of his curfew so my uncle had to come to take my grandma to the hospital. I have seen him continue to be positive and productive even through this difficult period and this has been absolutely amazing for me to see him continue to pour into others while facing his own challenges.

I know that my brother will not disappoint in proving that he is someone who definitely deserves a
 second chance. I have great respect for the justice system and so does my brother which you can see by how he has shown himself to be trustworthy while waiting for your decision. My prayer is for a favorable outcome for my brother.

Thank you

Daniel Valencia

To the Honorable Marcia Morales Howard Federal Judge c/o Alan Ceballos,

I am Josue's grandfather and I would like to start by saying I am aware of the charges. I am currently bedridden from a stroke so unfortunately I cannot be there to physically show support for my grandson but I wanted to be certain that I was able to share what I know about my grandson. I am able to talk and I have some movement on the left side of my body. My daughter, Margo Valencia, is graciously writing this letter on my behalf. Josue has always been a determined young man. As a child growing up, he was always willing to learn. He would help me with different tasks like building my shed, changing a tire and anything that involved using his hands. Josue was always respectful and he never gave his parents any trouble growing up. He enjoyed going to church and he often would stop by when he patrolled my neighborhood. Since my stroke, I have found great motivation from Josue. He came over a few months ago and asked to borrow several of my study bibles to assist in his studies. I am a Pastor but I have not been able to do my normal duties. Josue has been instrumental in pouring into me spiritual encouragement through reading the Bible to me, sharing the things he has learned through his studies and praying for me. He comes over and shaves my beard since I no longer can do it myself and thankfully he has the strength to adjust me in the bed. He has conducted several bible studies for my adult members. One of the people in attendance, Eddie was especially touched by my grandson after he shared some inspirational words and he said I enjoyed hearing that young man speak about Jesus and he was looking forward to hearing more from him but we found out that Eddie passed away. I know that God had my grandson to lead the Bible study where Eddie was positively impacted. My grandson visited me when I was rushed to the hospital due to severe blood loss. He came and prayed for me and told me to hold on to faith and I did. My journey has defied medical understanding because of Jesus healing power. My grandson has stepped up and has taken the mantle to be a spiritual encouragement to me. I can tearfully say that he has been such a tremendous blessing. I use the word tearfully because I honestly tearfully cry out for my grandson to overcome this. I have seen a miraculous change in my grandson in the way he can quote from memory many scriptures as he talks with me. This change in his communication within a few months proves that he has been applying himself to learn the word of God. I absolutely see a change of greater in his life. I am amazed but it gives me much comfort in what Jesus is doing in his life. He is looking to Jesus which is the greatest thing a man can do when he's looking for greater for himself. I pray that you find that my grandson can be trusted to be given a second chance and I know that he will use the opportunity for a second chance to be an exemplary man. I sincerely appreciate your time in reading and considering my words in your decision. I am praying for you and everyone involved.

Sincerely,
Paul Watkins

To the Honorable Marcia Morales Howard Federal Judge c/o Alan Ceballos,

I am the step-grandmother of Josue Garriga and I know the charges. I  am an elderly woman who doesn't have the ability to type out this letter but I am grateful that my stepdaughter, Margo Valencia, is helpful enough to capture my thoughts. I would love to be there but my ability to walk long distances and walk up stairs isn't there anymore. I am more than happy to speak on the behalf of Josue because I know him personally as a child growing up going to church and coming over to my house for dinner because he loves my cooking especially my neckbones. He would say "I love your neckbones. Nobody can cook them like you." As a young boy, he decided he wanted to be a police officer and pursued it. He use to do ride alongs as a teenager in high school, he volunteered his time as a Reserve officer for JSO to gain more experience and to go after what he loved. He wasn't paid to be a Reserve officer but this shows his determination was to help the community and it wasn't about money but about helping others. When his grandfather had his stroke last year, Josue was there crying and deeply hurt because the report from the doctors was not good. He has a great love for family. I was so moved to see him praying for his grandfather who is bedridden and as he was praying his grandfather began moving his right hand which had no movement. Everyone in the room began celebrating and rejoicing. I appreciate him accepting the challenge to conduct Bible studies for his grandfather. I see so much strength in him for choosing to help others while going through the biggest challenge of his life. He doesn't make things about him but he makes an effort to help others. This is a core principle of the followers of Jesus. I see God raising him up to be a mighty man of God. He loves old people and the older women look for him in church. After one of the Bible studies, he prayed for everyone and one of the older women said I wish you could pray for my sister who is in a nursing home. He said let's do it now so he went with her and prayed for her sister. She was so touched by that and she always ask about him. I have a young man that comes to my house to do various chores and yard work. This young man has special needs but he has been in our lives for years so we bless him by giving him food and money. One day he was at my house and I didn't have enough money to pay him what I wanted to pay him so I told him I would go to the bank and pay him the rest later. Josue heard me and he reached in his pocket and gave him the rest of the money. Now I was so moved because I know he doesn't have a job but he gave in his lack. This is who he is. He doesn't do things for show but because he genuinely cares. Whenever he cleans out his closet or have anything that he wants to give away, he will first gives it to me so that I can give it to some of the less fortunate people that I know. He is a mild mannered and calm person and I always saw a maturity in him even when he was a young child. He always makes me feel loved and whenever his grandfather and I have called on him to help us out, he is always there. I want to end with the greatest thing that I see in him and that is him being a remarkable father. He is so focused on being there for his son. Everyone knows that his son is important to him. I hope that the little that I have shared will give you a greater insight on the person he is. I pray with all diligence that you will find that he is a good person and that during this situation, he has shown that he can be trusted to be a great man. I am continuing to pray for everyone involved, I am praying for mercy and I am praying for a favorable outcome. Blessings to you Judge your honor.

Sincerely,

RoseMerry Watkins

To the Honorable Marcia Morales Howard Federal Judge
c/o Alan Ceballos

I am aware of the charges regarding Josue Garriga.

My name is Jeff Kinney. I am Josue's uncle. I am a retired Navy veteran of 23 years. My wife, Paula Kinney passed in 2016, and is the sister of Josue's mother. Josue was very close to his Aunt Paula.

I have known Josue since he was 4 years old. He is the same age range as my 3 sons. Josue has always been a blessing to me, always respectful and has always remained close to our family.

Josue was always a part of team sports growing up. I remember going to his and my oldest son's middle school and junior varsity football games. Ever since he was a young boy he loved being a part of a team.

I remember Josue as a young boy  claiming he wanted to serve his country and his community. He wanted to be a police officer. The family agreed and encouraged him to fulfill his dream, as serving our communities is very honorable. He worked hard and achieved his goal.

Josue grew up in a Christian household. He has always looked to Jesus; his Lord and Savior. He loved being a part of the youth ministry at church with my boys

Over the past decade, Josue has served in many different positions as a police officer successfully. He often laid his life on the line in the name of justice, as many officers do. I am sure his performance evaluations reflect his dedication.

Josue is currently married to a wonderful woman, and two wonderful children. He is a great father. Like his father, he actively mentors his children.

Josue' son Gabriel is an exceptional young boy who excels in baseball, karate, and school. He looks up to his father to guide him.

In conclusion, I desire the best possible outcome for Josue and his family, especially the children.

Thank you.
V/R

Jeff Kinney

To the Honorable Marcia Morales Howard - Federal Judge
c/o Alan Ceballos

My name is Shahonya Watkins, and I am Josue Garriga's aunt. I am writing to share my observations and insights about my nephew. From a young age, Josue has been a well-mannered individual driven by clear goals. His academic achievements and impressive athletic abilities reflect his discipline and commitment to excellence. While it's common for teenagers to go through rebellious phases, Josue has always stood out as exceptionally mature for his age, both in behavior and conversation. He has consistently shown respect to his parents and grandparents, never causing them any issues. It comes as no surprise that he quickly advanced to roles such as K-9 officer and SWAT at an early age. As a father, Josue is incredibly loving and actively involved in his son Gabriel's life. I was present at the hospital when Gabriel was born, and I vividly remember Josue's joy and gratitude for the support of our family during that special moment. He takes his role as a father seriously, providing a nurturing balance of love, guidance, and discipline. He ensures that Gabriel participates in family gatherings, holidays, and celebrations, fostering a sense of belonging and connection. Our family has a cherished tradition of coming together at Grandma's house on Christmas to share meals and exchange gifts. Gabriel eagerly anticipates these moments, enjoying the time spent with his cousins, aunts, and uncles. The bond between father and son is heartwarming, filled with love and mutual admiration. Josue understands the importance of family, and he is committed to ensuring Gabriel benefits from these meaningful experiences. I have witnessed the dedication Josue's parents put into his upbringing, and it warms my heart to see him instill those same values in his son. Moreover, Josue has always shown great care for his grandmothers, who adore him for his kindness and willingness to help. I also have a teenage daughter in college who looks up to Josue greatly. During family gatherings, he takes the time to encourage her and his younger cousins to pursue their aspirations and achieve greatness. Josue has proven himself trustworthy, adhering to the conditions set by the courts and demonstrating good behavior. It is my heartfelt hope that you will grant Josue a second chance to further prove that he is a good man and a valuable contributor to both his family and society.

Sincerely,
Shashonya Watkins

**Angel Kinney**
10396 Big Tree Cir. W.
Jacksonville, Fl, 32257
11/18/24

**To The Honorable Marcia Morales Howard Federal Judge**
**c/o Alan Ceballos,**

My name is Angel Kinney, and I am writing this letter as a personal testament to the character of my first cousin, Josue Garriga III, who is currently before your court and at your mercy. I aware of the charges against him presently. I have known Josue for my entire life, and throughout this time, I have observed his actions, values, and character.

Josue has a been trustworthy with deep sense of justice and it's been apparent since our youth. He is an amazing father, brother and cousin who loves his children.

For instance, I vividly remember when Josue provided emotional support after a horrible incident near my job. Or when I got in scuffle in high school and he came to my office to make sure I was ok. Or when Josue spoke for my late brother at my mother's funeral because he was so crushed and trusted Josue to communicate his feelings in that very moment. These moments,  among many others, reflects his genuine care for others and dedication to doing what is right.

While Josue may have made a mistakes leading to this current situation, I believe it does not define who he truly is.. I am confident that, if given an opportunity, Josue will continue to work towards bettering himself  and continuing to contribute positively to society.

I respectfully ask the court to consider the full scope of Josue's character, the support system he has in family and friends, his past contributions protecting serving and upholding the law, and potential to make meaningful contributions in the future.

Thank you for your time and for considering this letter in your deliberation.

Sincerely,
Angel Kinney
Angelkinney01@gmail.com

To the Honorable Marcia Morales
Howard Federal Judge
c/o Alan Ceballos

I am aware of the charges pressed against Josue Garriga. I am his youngest first cousin. Growing up with Josue in my life has been nothing but a blessing. Josue was considered like my mother's other child. As a child I remember how close we were even though we are 5 years apart in age but that never changed anything.

Since Josue was a child he has always wanted to be a police officer. Through any type of trials and tribulations he still pressed on & kept his mind on that. He is a type of person that if he says he is going to do something it will happen. His motivation to becoming a police officer is really unheard of in this present time.

As time went by he kept the faith & leaned on his foundation which is Lord. We all grew up going to church every single week multiple times. We started to seek God for ourself at an early age, still till this day nothing has changed. If anything it has drew us closer to the Lord. The passion Josue has of learning God's word is unbelievable. Watching him pursue the Lord makes not only me but my whole family draw closer to God.

We can't forget his love that he has for his son is out of this world. The fact that he puts his son first in all he does really shows his love for him. Being that he is father whenever he does get free time he dedicates that strictly to his son Gabriel. He spends so much time pouring into his son that it really shows at home & school. In conclusion, please consider his family & close friends.

Salutations

Elliott J.P. Kinney

# EXHIBIT C

